IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02485-WDM-CBS

FLETCHER ILLIG, a minor,
JEAN ILLIG, an individual, parent, guardian and next friend of Fletcher Illig,
PETER ILLIG, an individual, parent, guardian and next friend of Fletcher Illig,

    Plaintiffs,

v.

SOUTHBRIDGE II PROPERTY OWNERS ASSOCIATION, a Colorado corporation,
CAROL PORTER, individually and as agent,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File Amended Complaint (*doc. no. 7*) is **GRANTED**. As of the date of this order, the clerk's office is instructed to accept for filing, the amended complaint (*doc no. 7-2*) tendered to the court on December 18, 2006.

**DATED:**    December 20, 2006