IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02485-WDM-CBS

FLETCHER ILLIG, a minor,
JEAN ILLIG, an individual, parent, guardian and next friend of Fletcher Illig,
PETER ILLIG, an individual, parent, guardian and next friend of Fletcher Illig,

     Plaintiffs,

v.

SOUTHBRIDGE II PROPERTY OWNERS ASSOCIATION, a Colorado corporation,
CAROL PORTER, individually and as agent,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Attend April 2, 2007 Settlement Conference by Phone (*doc. no. 23*) is **GRANTED**. Defendant Porter is instructed to provide her counsel with the proper contact information so she can be reached, as needed, during the settlement conference.

**DATED:**    March 29, 2007