IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02485-WDM-CBS

FLETCHER ILLIG, a minor,
JEAN ILLIG, an individual, parent, guardian and next friend of Fletcher Illig,
PETER ILLIG, an individual, parent, guardian and next friend of Fletcher Illig,

    Plaintiffs,

v.

SOUTHBRIDGE II PROPERTY OWNERS ASSOCIATION, a Colorado corporation,
CAROL PORTER, individually and as agent,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Protective Order (*doc. no. 29*) is **GRANTED**.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    June 14, 2007