IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02485-WDM-CBS

FLETCHER ILLIG, a minor,
JEAN ILLIG, an individual, parent, guardian and next friend of Fletcher Illig,
PETER ILLIG, an individual, parent, guardian and next friend of Fletcher Illig,

    Plaintiffs,

v.

SOUTHBRIDGE II PROPERTY OWNERS ASSOCIATION, a Colorado corporation,
CAROL PORTER, individually and as agent,

    Defendants.

---

### MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court is a Motion to Withdraw as Counsel of Record (filed July 24, 2007; doc. no. 38).  It is hereby **ORDERED** that the instant motion is **GRANTED.**

Attorney Ari Krichiver is relieved of any further representation of *Plaintiffs* in the above captioned matter.  The Clerk's Office is instructed to remove Mr. Krichiver from the electronic certificate of mailing.

**DATED:**        July 25, 2007