IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02485-WDM-CBS

FLETCHER ILLIG, a minor,
JEAN ILLIG, an individual, parent, guardian and next friend of Fletcher Illig,
PETER ILLIG, an individual, parent, guardian and next friend of Fletcher Illig,

    Plaintiffs,

v.

SOUTHBRIDGE II PROPERTY OWNERS ASSOCIATION, a Colorado corporation,
CAROL PORTER, individually and as agent,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Stay Pending Deadlines (*doc. no. 42)* is **GRANTED**. The current pending deadlines shall be extended as follows:

1. Defendants' response to Plaintiffs' Motion for Leave to File Supplemental Complaint to September 13, 2007;
2. Designation of rebuttal expert witnesses to September 15, 2007; and
3. Plaintiffs' responses to the Association's Combined Discovery Requests to September 20, 2007.

    IT IS FURTHER ORDERED that the August 31, 2007 hearing on Plaintiffs' Motion for Leave to File Supplemental Complaint is VACATED, to be reset upon request of the Plaintiffs.

    IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion for Extension of Time (*doc. no. 33)* is **GRANTED**. The discovery deadline is extended to **November 30, 2007** and the dispositive motion deadline is extended to **January 15, 2008**.

    IT IS FURTHER ORDERED that a status report as to the progress of settlement is due on or before **September 10, 2007**.

**DATED:** August 29, 2007