IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02485-WDM-CBS

FLETCHER ILLIG, a minor,
JEAN ILLIG, an individual, parent, guardian and next friend of Fletcher Illig,
PETER ILLIG, an individual, parent, guardian and next friend of Fletcher Illig,

    Plaintiffs,

v.

SOUTHBRIDGE II PROPERTY OWNERS ASSOCIATION, a Colorado corporation,
CAROL PORTER, individually and as agent,

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the joint "Motion to Stay" (*doc. no. 46)* is **GRANTED**. All pretrial deadlines are STAYED for thirty (30) days pending finalization of the settlement agreement.

    IT IS FURTHER ORDERED that parties should file a stipulated motion to dismiss on or before **October 10, 2007**.

**DATED:**    September 10, 2007